**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01966-SKC

LACEY GANZY, on behalf of J.G and N.G., minor children;
JON and MISTY MARTIN, on behalf of C.M., a minor child; and
NADARIAN and ALEXIS CLARK, on behalf of D.C., a minor child,

    Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE-1;
BOARD OF EDUCATION for DOUGLAS COUNTY SCHOOL DISTRICT RE-1; and
JOHN VEIT, in his official and individual capacities,

    Defendants.

---

**ENTRY OF APPEARANCE OF JONATHAN P. FERO**

---

Jonathan P. Fero of the law firm of SEMPLE, FARRINGTON, EVERALL & CASE, P.C., hereby enters his appearance in this matter on behalf of Defendants Douglas County School District RE-1, Board of Education for Douglas County School District RE-1, and John Veit.

RESPECTFULLY SUBMITTED this 4th day of August, 2023.

    SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

    By: *s/ Jonathan P. Fero*
        Jonathan P. Fero
        1120 Lincoln Street, Suite 1308
        Denver, CO  80203
        (303) 595-0941
        jfero@semplelaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2023, a correct copy of the foregoing **ENTRY OF APPEARANCE OF JONATHAN P. FERO** was filed and served via CM/ECF to the following:

RATHOD | MOHAMEDBHAI LLC
Iris Halpern
Crist Whitney
Matthew J. Cron
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
ih@rmlawyers.com
cw@rmlawyers.com
mc@rmlawyers.com
*Attorneys for Plaintiffs*

By: *s/ Kathleen Schmidt*

2