**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01966-SKC

Lacey Ganzy, on behalf of J.G. and N.G, minor children;
Jon and Misty Martin, on behalf of C.M., a minor child;
Nadarian and Alexis Clark, on behalf of D.C., a minor child

        Plaintiffs,

v.

Douglas County School District RE-1, a school district;
Board of Education for Douglas County School District RE-1, a government body;
John Veit, in his official and individual capacity

        Defendants.

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for Plaintiffs.

    DATED at Denver, Colorado this 16th day of August, 2023.

Rathod | Mohamedbhai LLC

*s/ Matthew J. Cron*
Matthew J. Cron
2701 Lawrence St., Suite 100
Denver, CO 80205
(303) 578-4400 (t)
(303) 578-4401 (f)
mc@rmlawyers.com
ATTORNEY FOR PLAINTIFF