**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01966-SKC

Lacey Ganzy, on behalf of J.G. and N.G, minor children;
Jon and Misty Martin, on behalf of C.M., a minor child;
Nadarian and Alexis Clark, on behalf of D.C., a minor child

    Plaintiffs,

v.

Douglas County School District RE-1, a school district;
Board of Education for Douglas County School District RE-1, a government body;
John Veit, in his official and individual capacity;

    Defendants.

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs.

DATED at Denver, CO this 16th day of August 2023.

    *s/ Crist Whitney*
    Crist Whitney
    RATHOD | MOHAMEDBHAI LLC
    2701 Lawrence Street, Suite 100
    Denver, CO 80205
    (303) 578-4400
    cw@rmlawyers.com
    ATTORNEY FOR PLAINTIFF

1