## DECLARATION OF GARCELLE FRANKLIN

I, Garcelle Franklin, swear that the following is true and correct to the best of my knowledge and information:

1.      I am over the age of 18 and am otherwise competent to testify. I make the following statements based upon my personal knowledge, and if called upon to testify as to them, I could and would do so truthfully and competently.

2.      This declaration is made voluntarily. I have not been promised any benefit, coerced, or threatened in any way that would change my testimony.

3.      Before signing this declaration, I was provided an opportunity to review it and make changes. I have made all changes necessary to make this declaration a true statement describing my own experiences.

4.      I am a licensed social worker currently residing in Baltimore, Maryland.

5.      I chose this profession because I wanted to help make a positive impact on people's lives.

6.      In 2017, I earned a Bachelor's degree in History and African American Studies from Winthrop University.

7.      In 2021, I earned a Master's Degree in Social Work from the University of Denver.

8.      From approximately February 2022 to December 2022, I worked as a contract school social worker at Castle Rock Middle School ("CRMS"), located at 2575 Meadows Blvd., Castle Rock, Colorado 80109.

9.      CRMS is a school within the Douglas County School District RE-1 (the "District").

1

Doc ID: 34ed2c3cfc1af84018eff35d1ec386ca30ddde36
DCSD 000651

10. In my role as a contract school social worker, I was employed directly by Gillem Staffing, but I worked at CRMS.

11. I worked approximately forty hours per week at CRMS.

12. The administrators at CRMS included Principal John Veit, Assistant Principal Kristine Streander, and Assistant Principal Russell Loucks.

13. As a school social worker, I had a caseload of approximately twenty to thirty students. I supported those students with behavioral situations, mental health issues, social emotional learning issues, and Individualized Educational Programs ("IEPs").

14. I also served as a resource for any other students who wanted to talk about issues they were experiencing at school. Students frequently came to my office to discuss various concerns, including racial bullying and harassment at CRMS.

15. While working at CRMS, I observed that the student body, administrators, and staff were predominantly White.

16. I was one of the three Black staff members at CRMS.

17. Throughout my employment, I do not remember receiving any training on DCSD's policies or procedures for reporting harassment or discrimination.

18. In my experience, the school climate at CRMS was very unwelcoming to Black people. There was an expectation among staff and students for Black people to assimilate into White cultural norms in order to be accepted.

19. When I first started working at CRMS, several teachers told me that the Castle Rock area was very racist.

Doc ID: 34ed2c3cfc1af84018eff35d1ec386ca30ddde36

DCSD 000652

20.     As one of the only Black staff members at the school, I frequently felt othered and tokenized because of my race. I often felt the school community failed to value or understand my perspectives and cultural identity.

21.     For example, Assistant Principal Streander kept a wreath of cotton and bouquet of cotton in her office. One day, I asked Assistant Principal Streander why she had those items in her office.

22.     Assistant Principal Streander said that the cotton wreath came from her grandparents' large farm in Texas. Assistant Principal Streander said the laborers on the farm picked it for her.

23.     I asked Assistant Principal Streander about wages on her grandparents' farm and the racial identities of the laborers. I told Assistant Principal Streander that the wreath made me extremely uncomfortable given the connection between slave labor and picking cotton.

24.     Assistant Principal Streander told me that she understood the connection, but that the wreath was sentimental to her.

25.     Although Assistant Principal Streander knew of my objections to the cotton wreath, she chose to keep it on full display in her office.

26.     Additionally, Assistant Principal Russell Loucks frequently displayed ignorance of issues facing the Black community. One day, he admitted to me "I don't know a lot of Black people, but I want to learn."

27.     Assistant Principal Loucks often treated me as though it was my responsibility to educate him on issues facing the Black community, even though that was not the role I was hired to perform.

28.     During my time at CRMS, I heard numerous White students say racial slurs.

3

Doc ID: 34ed2c3cfc1af84018eff35d1ec386ca30ddde36

29.    For example, I frequently heard White students use the N-word in the hallways, as well as before or during a verbal altercation or physical fight. The same group of preppy White students typically used this language and engaged in this behavior.

30.    On several occasions, I observed that some White students used the N-word in text messages. While looking through their phones for unrelated behavioral incidents, I saw the text messages.

31.    Throughout the Fall of 2022, I reported these racial slurs to Assistant Principal Streander and Assistant Principal Loucks on several occasions, yet they failed to take any action to respond to the racial slurs or prevent future instances of racial bullying.

32.    One time after I reported racial slurs, Assistant Principal Streander merely responded, "life is life."

33.    Assistant Principal Streander instructed me to be "vague" when documenting these incidents in order to prevent a lawsuit against the school.

34.    Assistant Principal Loucks often admitted that he had no idea how to address racism at CRMS.

35.    On multiple occasions, Assistant Principal Loucks and Assistant Principal Streander told me they did not want to confront the White parents of CRMS students because they feared backlash from the parents if the children were disciplined for racial bullying.

36.    On several occasions, I observed administrators respond to reports of racial slurs by merely instructing the offending student to stop "being mean."

37.    Administrators consistently focused on physical altercations between students while disregarding any verbal harassment that provoked them.

4

Doc ID: 34ed2c3cfc1af84018eff35d1ec386ca30ddde36

38.　For example, if two students got into a fight after Student A called Student B the N-word, the administrators often disciplined both students for the physical fight but ignored Student A's racist language that prompted the fight.

39.　On several occasions, I heard Principal Veit openly state that he did not want to do any more work.

40.　In the Fall of 2022, I did a presentation for CRMS teachers on identity issues in an attempt to create a more welcoming environment for students and staff of color.

41.　On several occasions, I suggested to the Assistant Principals that CRMS should provide more training on racism, equity, and Black history to students and staff. Yet, the Assistant Principals merely responded that "we will have to see if the District agrees" with more training.

42.　I never observed CRMS administrators provide any additional training on racism.

43.　The social emotional learning curriculum that CRMS provided to students did not address race or racism.

44.　While working at CRMS, I knew Plaintiff C.M.

45.　 I was not C.M.'s assigned counselor, but he frequently came to me to discuss the racial harassment he endured at CRMS. He also talked with me about his anxiety and social fears stemming from the persistent racial bullying.

46.　I believe that C.M. felt comfortable confiding in me because he believed that I, a Black woman, could understand his experiences in a way that other White adults at the school could not.

47.　In the Fall of 2022, C.M. told me that a student took a compromising picture of C.M. while he was using the toilet and circulated the photo to many other students. C.M. told me that this photograph made him feel deeply humiliated.

5

Doc ID: 34ed2c3cfc1af84018eff35d1ec386ca30ddde36
DCSD 000655

48.    In my opinion, the photograph was racially motivated.

49.    C.M. told me about another incident where S.B. called him the N-word in gym class.

50.    C.M. also disclosed to me that he experienced other racial slurs and microaggressions.

51.    I reported these racial slurs to the Assistant Principals.

52.    Assistant Principal Streander observed that C.M. frequently came to my office to speak with me.

53.    During the Fall semester, Assistant Principal Streander told C.M. that he could no longer meet with me.

54.    I did not understand why Assistant Principal Streander prohibited C.M. from talking with me, especially since he felt comfortable reporting racial bullying to me.

55.    In addition to C.M., other students of color talked with me about feeling othered because of their race at CRMS.

56.    For example, a CRMS staff member told me that a White student tried to take a photograph of an Asian student over the bathroom stall while the Asian student was using the toilet. The Asian student then threw feces at the White student.

57.    I spoke with the Asian student about this incident. He expressed to me that he felt very othered and ostracized as a result of this bullying.

58.    The administrators reprimanded the Asian student for throwing feces, but never disciplined or suspended the White student for violating the Asian student's privacy in the bathroom.

Doc ID: 34ed2c3cfc1af84018eff35d1ec386ca30ddde36

DCSD 000656

59.    I believe this incident occurred after the incident in which a student took a photo of C.M. in the bathroom.

60.    I also observed the administrators discipline Black students more harshly than White students.

61.    For example, on one occasion, a White female student approached a Black male student and asked him if he wanted to pay her to perform oral sex on him at school.

62.    The next day, the boy gave the girl $20 at school, and a teacher observed this monetary exchange.

63.    The school suspended the Black male student for his behavior, but never suspended the White female student.

64.    Ultimately, I decided to leave my position at CRMS because I was tired of the rampant racism in the school community.

65.    I was deeply saddened and disturbed by the racial harassment and racial ignorance I observed during my tenure at CRMS.

66.    I felt like I could not effectively do my job supporting students when the school climate was so racist.

67.    I left my position as a social worker at CRMS in approximately December 2022.

68.    I, Garcelle Franklin, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and the laws of the State of Colorado that the preceding is true and correct, based on my personal knowledge.

Executed on the 04 day of September 2025

*Garcelle Franklin*

Garcelle Franklin

Doc ID: 34ed2c3cfc1af84018eff35d1ec386ca30ddde36

DCSD 000657